NIHAT DENIZ BAYRAMOGLU (Nevada. Bar No. 14030)
Deniz@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
T: (702) 462-5973
F: (702) 553-3404
*Attorneys for Iron Bird, LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IRON BIRD, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>UAV SYSTEMS INTERNATIONAL INCORPORATED (3DR),<br><br>    Defendant. | Case No.: 2:25-cv-00312-APG-MDC<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE AND EXTENTION OF TIME FOR SERVICE OF PROCESS** |

This matter is before the Court pursuant to the Plaintiff's Motion for Alternative Service of the Summons and Complaint. The Court, having considered the Motion and supporting Memorandum, and for the reasons set forth therein, HEREBY ORDERS that Plaintiff may serve the Defendant by:

1) Delivering a true and accurate copy of the Complaint, Summons, and Civil Cover Sheet to the Nevada Secretary of State;

2) Delivering a true and accurate copy of the Complaint, Summons, and Civil Cover Sheet to Defendant's registered agent via email at Support@registeredagentsinc.com; and

3) Delivering a true and accurate copy of the Complaint, Summons, and Civil Cover Sheet to Defendant's email at support@uavsystemsinternational.com.

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ALTERNATIVE SERVICE AND EXTENTION OF TIME FOR SERVICE OF PROCESS

Case No.: 2:25-cv-00312-APG-MDC

1   Service shall be deemed completed (21) days after receipt by the Court of confirmation
2   of Plaintiff's compliance with the ordered alternative service.
3
    IT IS FURTHER ORDERED that Plaintiff's request for an extension of time for service
4
5   of process is timely and good cause having been shown is hereby GRANTED. Plaintiff shall
6   complete 1-3 above within 30 days of the entry of this Order.
7
8   DATED: 6/3/25
9                                                   _____
                                                    Honorable Judge Maximiliano D. Couvillier

2